

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 16 2024

DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:24-00188 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1) |
| ANTONIO DOOLEY | ) | 21 U.S.C. § 841(a)(1) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about July 27, 2023, in the Middle District of Tennessee, the defendant, **ANTONIO DOOLEY**, knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about July 27, 2023, in the Middle District of Tennessee, the defendant, **ANTONIO DOOLEY**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about July 27, 2023, in the Middle District of Tennessee, the defendant, **ANTONIO DOOLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm to wit: a Glock 19X 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count One (Possession with the Intent to Distribute Cocaine), the defendant, **ANTONIO DOOLEY**, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853:

   (A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;

   (B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation including the below listed firearms and ammunition.

3. Upon conviction of Counts Two and Three (Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Possession of a Firearm by a Convicted Felon), **ANTONIO DOOLEY** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

   (A) any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including the Glock 19X 9mm pistol and related 9mm ammunition, and

(B) any firearm or ammunition intended to be used in the offense, where such intent is demonstrated by clear or convincing evidence, including Glock 19X 9mm pistol and related 9mm ammunition.

A TRUE BILL

███████

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*/s/ Robert E. McGuire*

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY

3